order dismissing the complaint, upon defendant's motion,█ and the judgment thereon, should be reversed, with costs, and the motion denied, with ten dollars costs. Finch, J., concurs. ·

EUGENIA B. McCREERY, Respondent, v. EARL WILLIAM McCREERY, Appellant.— Order modified by reducing the sum directed to be paid by the defendant to plaintiff for her support and maintennace pending this action to the sum of $200 per month, and by reducing the counsel fee to the sum of $500, which includes the amount already paid, and as so modified affirmed, without costs. Order entered October 24, 1930, modifying order appealed from, vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

METROPOLITAN CONCESSIONAIRES, INC., v. 203 WEST 48TH STREET RESTAURANT CORPORATION, Impleaded, etc.— Appeal withdrawn. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ELSIE W. COX, Respondent, v. 4-ONE BOX MACHINE MAKERS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

SAVA KEHAYA, Appellant, v. E. PALMER BURNHAM and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

LOUIS F. WAHL and ELISE WAHL, as Administrators, etc., of LOUIS F. WAHL, JR., Respondents, v. NEW YORK ZOOLOGICAL SOCIETY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

41ST STREET BUS TERMINAL, INC., Respondent, v. JOHN KLINGER, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant, appellant, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ. [134 Misc. 467.]

THOENS & FLAUNLACHER, INC., Appellant, v. KENDRICK SPANGBERG, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

ANDREW PALLINA, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

DETROIT STEEL PRODUCTS COMPANY, Respondent, v. HOME OWNERS INSTITUTE, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

MADISON INDUSTRIAL CORPORATION, Respondent, v. EMIL HEIMAN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

STEPHEN G. EGAN, Respondent, v. BLANCHE DOROTHEA EGAN, Appellant, and HENRY VERSTRAELEN, Corespondent, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.